UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY G. PACIFICO,

    Plaintiff,                                Case No. 15-cv-11841
                                            Hon. Matthew F. Leitman

v.

NATIONSTAR MORTGAGE, LLC, *et al.*,

    Defendants.

_____/

## ORDER REQUIRING DEFENDANTS TO RESPOND TO COMPLAINT

On April 20, 2015, Plaintiff Kelly G. Pacifico ("Pacifico") filed a summons and complaint in the Oakland County Circuit Court. (*See* Compl., ECF #1-2, Pg. ID 11.) Defendants Nationstar Mortgage, LLC and Bank of New York Mellon, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2003-40A (collectively, "Defendants") removed Pacifico's action to this Court on May 21, 2015. (*See* Notice of Removal, ECF #1.) This Court issued an Order referring the parties to facilitation on July 30, 2015 with the following instruction: "Until further order of the Court, the parties shall not serve discovery, responses to discovery, or disclosures, and shall not file any motions, responses to motions already filed, or responsive pleadings. Any upcoming court hearings or conferences are adjourned until further notice." (*See* ECF #8 at 2, Pg. ID 55.)

On February 11, 2016, Brian Pappas, the mediator in this case, informed the Court that the parties failed to reach a settlement. In light of the parties' failure to reach a settlement, the Court now orders Defendants to file their responses to Pacifico's complaint no later than **March 31, 2016.**

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 10, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 10, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113